**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDERLINDA TIRONA BATOON; AILENE ROSE BATOON, | No. 09-70765 |
| Petitioners, | Agency Nos.  A071-581-985 A072-517-728 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2011[**]

Before:      B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

Ederlinda Tirona Batoon and Ailene Rose Batoon, natives and citizens of the

Philippines, petition for review of the Board of Immigration Appeals' ("BIA")

order denying their motion to reopen deportation proceedings.  We have

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), we deny the petition for review.

The BIA did not abuse its discretion by denying petitioners' third and untimely motion to reopen, because the BIA considered the evidence submitted and acted within its broad discretion in determining that the evidence was insufficient to warrant reopening. *See Singh v. INS*, 295 F.3d 1037, 1039 (9th Cir. 2002) (The BIA's denial of a motion to reopen shall be reversed if it is "arbitrary, irrational, or contrary to law."); *In re Gutierrez-Lopez*, 21 I. & N. Dec. 479, 480 (BIA 1996) ("A case may not be administratively closed if opposed by either of the parties.").

**PETITION FOR REVIEW DENIED.**

09-70765